AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

__SOUTHERN__   DISTRICT OF   __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Pedro Morales-Hinojosa

United States District Court
Southern District Of Texas
FILED

MAY 3 2019

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19- /0/2 -M

IAE   YOB: 1963
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 1, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Pedro Morales-Hinojosa was encountered by Border Patrol Agents near Sullivan City, Texas on May 01, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 01, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 05, 2019 through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 4, 2019, the defendant was convicted of 8 USC 1326, Being Found in the United States after Previous Deportation and sentenced to time served.

Approved by Scott Greenbaum, AUSA

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Maria E. Guerrero     Senior Patrol Agent

Sworn to before me and subscribed in my presence,
May 3, 2019

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer